**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHEMGOD DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and FIRST PREMIER BANK<br><br>Defendants. | Civil Action No.: 1:26-cv-00310<br><br>Hon. Matthew F. Kennelly |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.17, Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of Chaya-Bracha Markowitz and substitute Wendy Leben of the law firm Goodwin Procter LLP as counsel for Experian in this action. In support, Experian states as follows:

1. On February 5, 2026, Chaya-Bracha Markowitz of the law firm Jones Day appeared as counsel of record for Experian in this matter.
2. On June 17, 2026, Wendy Leben, of the law firm Goodwin Procter LLP entered an appearance in this matter. Her contact information is as follows:
   a. Wendy Leben, 620 Eighth Avenue, New York, NY 10018, WLeben@goodwinlaw.com, (917) 229-7596.

3. Goodwin Procter LLP will represent Experian in this matter going forward. Accordingly, the withdrawal of Chaya-Bracha Markowitz will not delay the adjudication of this matter or otherwise prejudice any party.

4. Experian consents to this request. All parties have been notified of this request.

Experian respectfully requests that the Court grant an Order withdrawing Chaya-Bracha Markowitz and substituting Wendy Leben as counsel for Experian in this matter.

Dated: June 17, 2026

Respectfully submitted,

*/s/ Chaya-Bracha Markowitz*

JONES DAY
Chaya-Bracha Markowitz
Bar #6351712
cmarkowitz@jonesday.com
110 N Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.269.1588

Wendy Leben
Bar #6192272
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018
WLeben@goodwinlaw.com
Telephone: 917-229-7596

*Attorneys for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record in this case.

/s/ *Chaya-Bracha Markowitz*
Chaya-Bracha Markowitz

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*